|  | IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA |
|---|---|

WILLIE L. HINES,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

     Appellant,

v.                          CASE NO. 1D16-0637

DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

Opinion filed February 7, 2017.

An appeal from an order of the Leon County Circuit Court.
James C. Hankinson, Judge.

Willie L. Hines, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.